IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| REV. DR. ANDREW D. WENMOTH, | : | Case No. 1:25-cv-585 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| FRANKLIN COUNTY SHERIFF OFFICE, et al., | : | |
| Defendants. | : | |

## ORDER

The Court has thoroughly reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 11), to whom this case is referred. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. The Court hereby **ADOPTS** the Report and Recommendation (Doc. 11) with the following modification and **ORDERS** that this matter is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND